**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorneys for Plaintiff, MARCY VELASQUEZ**

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY VELASQUEZ, | Case No. 2:08-CV-3044 MCE EFB |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER |
| v. | |
| WOODLAND HOSPITALITY, LLC, a California Limited Liability Company, dba HOLIDAY INN EXPRESS, HOSPITALITY MANAGEMENT, INC., a California corporation, | |
| Defendants. | |

Plaintiff MARCY VELASQUEZ and Defendants WOODLAND HOSPITALITY, LLC, a California Limited Liability Company, dba HOLIDAY INN EXPRESS, HOSPITALITY MANAGEMENT, INC., a California corporation (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.     The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

1    2.    Accordingly, the Parties jointly request the Court to dismiss this action with

2  prejudice.

3                                SINGLETON LAW GROUP

4  Dated:     May 29, 2009        /s/ Jason K. Singleton

5                                Jason K. Singleton,
                                 Richard E. Grabowski, Attorneys for Plaintiff,
6                                **MARCY VELASQUEZ**

7

8                                **BASHAM PARKER LLP**

9  Dated:     May 13, 2009        /s/ Derek C. Decker

10                               Derek C. Decker, Attorneys for Defendants
                                 WOODLAND HOSPITALITY, LLC, dba HOLIDAY INN
11                               EXPRESS, HOSPITALITY MANAGEMENT, INC.

12                     **ORDER OF DISMISSAL WITH PREJUDICE**

13

14         Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause

15  appearing, it is hereby ORDERED:

16    1.    The action <u>VELASQUEZ v WOODLAND HOSPITALITY, et al.</u>, Case Number

17  2:08-CV- 3044 MCE EFB, is dismissed with prejudice with each party to bear their own

18  attorneys fees and costs.  The Clerk of Court is hereby directed to close the file.

19

20  DATED: June 18, 2009

21

22                               MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28